UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MISTY CUMBIE, on behalf of herself and all others similarly situated,<br><br>  Plaintiff - Appellant,<br><br>  v.<br><br>WOODY WOO, INC., an Oregon corporation, DBA Vita Cafe; et al.,<br><br>  Defendants - Appellees. | No. 08-35718<br><br>D.C. No. 3:08-cv-00504-PK<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered February 23, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs awarded to appellee in the amount of $86.90.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk